department, entered June 30, 1924, which affirmed a determination of the Appellate Term affirming a judgment of the Municipal Court of the city of New York in favor of plaintiff. The action was to recover damages growing out of the alleged improper construction by the defendant of a house and garage upon premises contracted by the defendant to be erected and sold to the plaintiff in Queens county, near Astoria, N. Y. The complaint alleged breach of contract by the defendant in that the said garage when constructed had neither fireproof walls nor ceiling, nor was the said garage constructed in accordance with the terms and conditions of the said contract, nor was the said garage approved as a fireproof garage by the building department of the city of New York or the board of fire underwriters of the city of New York.

*I. T. Flatto* for appellant.

*George H. Francoeur* and *Thomas C. Larkin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, CRANE, ANDREWS and LEHMAN, JJ. Absent: MCLAUGHLIN, J.

---

THE GENERAL COMMERCIAL COMPANY, LTD., OF THE UNITED STATES, Respondent, *v.* NATHAN COLEMAN et al., Copartners under the Firm Name of COLEMAN & COMPANY, Appellants.

*Contract — sale — action to recover for goods sold and delivered — counterclaim for damage arising from failure to deliver in accordance with contract — reply that delivery was prevented by strikes and fire.*

*General Commercial Co., Ltd., of U. S.* v. *Coleman,* 208 App. Div. 803, affirmed.

(Argued December 18, 1924; decided January 21, 1925.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 4, 1924, unanimously affirming a judgment in favor of plaintiff entered upon a verdict. The action was to recover for goods sold and delivered under a contract whereby plaintiff agreed to sell and

deliver to defendant 7,000 pounds of yarn to be delivered in installments of 1,000 pounds weekly commencing February, 1920. Plaintiff made but two deliveries under the contract, one of 650 pounds on April seventeenth and one of 450 pounds on June third, and it was to recover payment for the latter delivery that this action was brought. Defendant set up a counterclaim for damages from failure of plaintiff to deliver according to its contract. As a reply thereto plaintiff alleged that delivery was prevented by strikes and a fire within the meaning of a clause in the contract reading: " This contract is contingent upon strikes, fires, pestilence, riots, war, rebellion and other causes beyond our control."

*Emil K. Ellis* and *James Leslie Pinks* for appellants.
*Martin A. Schenck* and *Charles E. Hotchkiss* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, CRANE, ANDREWS and LEHMAN, JJ. Absent: McLAUGHLIN, J.

---

BENJAMIN VAN CAMPEN, Appellant, *v.* OLEAN GENERAL HOSPITAL, Respondent.

*Hospitals — within power of board of directors of hospital to drop physician from visiting staff.*

*Van Campen* v. *Olean General Hospital*, 210 App. Div. 204, affirmed. (Argued December 18, 1924; decided January 21, 1925.)

APPEAL from a judgment, entered July 26, 1924, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at an Equity Term. The action was brought to nullify the act of the board of directors of defendant, a corporation organized for the purpose of conducting a hospital, in dropping plaintiff, a physician, from the visiting medical staff.

*Patrick S. Collins* for appellant.
*James P. Quigley* and *Allen J. Hastings* for respondent.